JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA COURTHOUSE

| | |
|---|---|
| JEWEL DOHAN,<br><br>          Plaintiff,<br>     vs.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS, LLC.<br><br>          Defendant. | **Case No.: 8:11-cv-00625-DOC –E**<br><br>**ORDER GRANTING DISMISSAL** |

Based upon the Stipulation to Dismiss filed by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  December 8, 2011

_____
David O. Carter, United States District Judge

---

1

[Proposed] Order